**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7532

KEVIN FOSTER,

Petitioner - Appellant,

v.

J. COAKLEY, Acting Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  District  Judge.
(1:10-cv-00961-CCB)

Submitted:  April 28, 2011                Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Foster, Appellant Pro Se.   Alex Gordon, Assistant United
States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Foster, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Foster v. Coakley</u>, No. 1:10-cv-00961-CCB (D. Md. Aug. 31, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>